**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-19-00521-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Big Tex Trailer World Incorporated, | |
| Defendant. | |

Before the Court is Intervenor-Plaintiff and Defendant's Stipulation to Dismiss Complaint In Intervention With Prejudice. Good cause appearing,

**Accordingly,**

**IT IS ORDERED** the Stipulation (Doc. 43) is GRANTED and the Complaint In Intervention is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated this 6th day of October, 2020.

David C. Bury
United States District Judge